1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant RICO-MUNOZ

6

7

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12  UNITED STATES OF AMERICA,           )   No. CR 11-00215 LHK
                                        )
13           Plaintiff,                 )   STIPULATION AND [P~~ROPOSED~~]
                                        )   ORDER CONTINUING HEARING DATE
14      v.                              )   AND EXCLUDING TIME UNDER THE
                                        )   SPEEDY TRIAL ACT
15  JOSE RICO-MUNOZ,                    )
                                        )
16           Defendant.                 )
    _____ )

17          Defendant and the government, through their respective counsel, subject to the court's

18  approval, hereby stipulate that the Court continue the status hearing in the above-captioned

19  matter, presently scheduled for, December 21, 2011 at 10:00 a.m., to February 8, 2012, at 10:00

20  a.m.  The reason for the stipulation is due to defense counsel's unavailability because of a recent

21  death in defense counsel's family, and continuity of counsel.

22          The parties further agree and stipulate that time should be excluded from and including

23  December 21, 2011, through and including February 8, 2012, to provide counsel reasonable time

24  to prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv).  Accordingly,

25  the United States and the defendant agree that granting the requested exclusion of time will serve

26  the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

Stipulation and [~~Proposed~~] Order
No. CR 11-00215 LHK                          1

1     IT IS SO STIPULATED.

2  Dated: December 14, 2011

3                                             _____/s/_____
                                              MANUEL ARAUJO
                                              Assistant Federal Public Defender

4  Dated: December 14, 2011

5                                             _____/s/_____
                                              CAROLYNE SANIN
                                              Special, Assistant United States Attorney

6

7                              **[PROPOSED] ORDER**

8

9     GOOD CAUSE APPEARING, and by stipulation of the parties, IT IS HEREBY

10 ORDERED that the status conference hearing in the above-captioned matter shall be continued

11 from December 21, 2011, at 10:00 a.m., to February 8, 2012, at 10:00 a.m.

12    THE COURT FINDS that failing to exclude the time between December 21, 2011, and

13 February 8, 2012, would unreasonably deny the defendant's continuity of counsel, and would

14 unreasonably deny counsel the reasonable time necessary for effective preparation, taking into

15 account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(7)(B)(iv).

16    THE COURT FURTHER FINDS that the ends of justice served by excluding the time

17 between December 21, 2011, and February 8, 2012, from computation under the Speedy Trial

18 Act outweigh the interests of the public and the defendant in a speedy trial.

19    THEREFORE, IT IS HEREBY ORDERED that the period of delay from December 21,

20 2011, through and including February 8, 2012, be excluded for purposes of Speedy Trial Act

21 computations pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and

22 3161(h)(7)(B)(iv).

23    IT IS SO ORDERED.

24 Dated: December  15 , 2011                    *Lucy H. Koh*
                                                 _____
25                                               HONORABLE LUCY H. KON
                                                 United States District Judge

26

Stipulation and [Proposed] Order
No. CR 11-00215 LHK                              2