1  GEOFFREY A. HANSEN,
   Acting Federal Public Defender
2  MANUEL U. ARAUJO,
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant RICO-MUNOZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-00215 - LHK |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING THE SENTENCING HEARING DATE TO AUGUST 22, 2012 |
| v. | ) | |
| JOSE RICO-MUNOZ, | ) | |
| Defendant. | ) | |

Defendant and the government, through their respective counsel, subject to the court's approval, hereby stipulate that the Court continue the sentencing hearing from June 20, 2012 , to August 22, 2012 at 1:30 p.m.  Defense counsel continues to investigate facts in potential mitigation of sentence.   The defense needs additional time beyond June 20, 2012, to complete its investigation.  The defendant has been interviewed by the United States Probation Office, the probation officer is in the process of verifying facts from a family member(s) proposed by the defense. Because of various conflicts in the schedule of the Probation Officer, and the Special Assistant United States Attorney, as well as defense counsel's schedule, the August 22, 2012, date is proposed.  Defense counsel has discussed the continuance with United States Probation Officer Benjamin Flores and he has indicated to the parties that the August 22, 2012, date is acceptable to him.

Stipulation and [Proposed] Order
No. CR 11-00215 LHK                        1

1  IT IS SO STIPULATED.

2  Dated: June 6, 2012

3  _____/s/_____
   MANUEL ARAUJO
   Assistant Federal Public Defender

4

5  Dated: June 6, 2012

6  _____/s/_____
   CAROLYNE A. SANIN,
   Special, Assistant United States Attorney

7

8  **[PROPOSED] ORDER**

9

10  GOOD CAUSE APPEARING, and by stipulation of the parties, IT IS HEREBY

11  ORDERED that the sentencing hearing in the above-captioned matter shall be continued to

12  August 22, 2012, at 9:00 a.m.

13  IT IS SO ORDERED.

14  Dated: June  11 , 2012

15  _____
   HONORABLE LUCY KOH,
   United States District Judge

Stipulation and [Proposed] Order
No. CR 11-00215 LHK                    2