1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant JOSE RICO-MUNOZ

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-00215 LHK |
| ) Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SENTENCING HEARING DATE |
| vs. ) | |
| JOSE RICO-MUNOZ, ) | |
| Defendant. ) | **Honorable Lucy H. Koh** |

Defendant Jose Rico-Munoz, by and through Assistant Federal Public Defender Manuel U. Araujo, and the United States, by and through Special Assistant United States Attorney Meredith Edwards, hereby stipulate that, with the Court's approval, the sentencing hearing currently set for Wednesday, August 22, 2012, at 9:00 a.m., shall be continued to Wednesday, September 26, 2012 at 9:00 a.m.

\\

\\

Stipulation and ~~Proposed~~ Order Continuing
Sentencing Hearing Date
CR 11-00215 LHK                                1

1    The request to continue the sentencing hearing date is made on behalf of Mr. Rico-
2  Munoz's counsel who is currently out of the office on medical leave and is not expected to return
3  to the office until September 2012.  Defense Counsel has contacted Probation Officer Benjamin
4  Flores regarding the continuance and he has no objection to the new sentencing date

6  Dated: July 30, 2012

7                                        __/s/_____
                                          MANUEL U. ARAUJO
8                                        Assistant Federal Public Defender

                                          MELINDA HAAG
10                                        United States Attorney
   Dated: July 30, 2012
11                                        __/s/_____
                                          MEREDITH EDWARDS
12                                        Special Assistant United States Attorney

16                                 [~~PROPOSED~~] ORDER

17    Good cause appearing, and by stipulation of the parties in the above-captioned matter,
   IT IS HEREBY ORDERED that the sentencing hearing currently set for Wednesday, August 22,
18
   2012, at 10:00 a.m., shall be continued to Wednesday, September 26, 2012 at 10:00 a.m.
19

20
   Dated:  ___7/30_____, 2012          *Lucy H. Koh*
21                                        _____
                                          HONORABLE LUCY H. KOH
22                                        United States District Judge

Stipulation and ~~Proposed~~ Order Continuing
Sentencing Hearing Date
CR 11-00215 LHK                                2