1  GEOFFREY A. HANSEN,
   Acting Federal Public Defender
2  MANUEL U. ARAUJO,
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant RICO-MUNOZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR -11 - 00215-1 LHK |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION TO CONTINUE THE** |
| v. | ) | **SENTENCING HEARING TO** |
| | ) | **OCTOBER 10, 2012; [PROPOSED]** |
| JOSE RICO-MUNOZ, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | HONORABLE LUCY H. KOH |

**STIPULATION**

Defendant and the government, through their respective counsel, subject to the court's approval, hereby stipulate that the Court continue the sentencing hearing in the above-captioned matter, presently scheduled for September 26, 2012, at 9:00 a.m., to October 10, 2012, at 9:00 a.m. The reason for the stipulation is as follows. Counsel for Mr. Rico-Munoz took an extended medical leave from July 25, 2012, until his return on August 27, 2012. Because of continuing health issues counsel is now working part time. Defense counsel has been working on preparing pretrial motions in the case of *United States vs. Luis Ruiz-Lopez*, case numbered CR-11-00749-LHK The *Ruiz-Lopez*, *id.*, case is set to proceed to trial before this court on September 21, 2012.

1  Counsel for the defendant need additional time to review the final presentence report with an
2  interpreter and prepare a sentencing memorandum on the defendant's behalf.  For these reasons
3  the parties are requesting that the court continue the sentencing hearing.
4      Counsel for the defense has consulted with United States Probation Officer Benjamin
5  Flores, and he has no objection to the continuance or the proposed date.
6  Dated: September 19, 2012

_____/s/_____
MANUEL  ARAUJO,
Assistant Federal Public Defender

Dated: September 19, 2012

_____/s/_____
CAROLYNE A. SANIN,
Special, Assistant United States Attorney

### [~~PROPOSED~~] ORDER

    Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing in the above-captioned matter is continued from October 10, 2012, at 9:00 a.m.

Dated: 9/19/12

*/s/ Lucy H. Koh*
HONORABLE LUCY H. KOH,
United States District Judge